# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| WILLIAM K. SAPP, | : |
| Petitioner, | : |
| | :    Case No. 2:17-cv-1069 |
| vs. | : |
| | :    Judge Sarah D. Morrison |
| CHARLOTTE JENKINS, Warden, | : |
| | :    Magistrate Judge Kimberly A. Jolson |
| Respondent. | : |

### Petitioner William K. Sapp's Status Report # 7

On August 31, 2021, the Court entered a scheduling order concerning Petitioner's review of the approximately 40,100 pages of the documents that the Clark County Prosecutor's Office produced pursuant to Petitioner's Rule 45 subpoena. (ECF 101).  The Court ordered Petitioner to complete his review by June 20, 2022, to file monthly status reports setting forth the progress of his review and file the first status report by September 7, 2021. (*Id.* at PageID 30905-6). Petitioner has since filed six status reports as ordered. (ECF 102, 103, 104, 105, 106, 108).

Since Petitioner's last status report, his counsel reviewed and outlined an additional 6,000 pages of the Clark County Prosecutor's records.

                                                            Respectfully submitted,

                                                            /s/ *Andrew P. Avellano*
                                                            ANDREW P. AVELLANO – 0062907
                                                            Attorney At Law
                                                            4200 Regent Street; Suite 200
                                                           Columbus, Ohio 43219
                                                           614-237-8050 (Phone)
                                                           *drewavo@wowway.com*

                                                           and

/s/ *Dennis L. Sipe*
DENNIS L. SIPE – 0006199
Attorney At Law
410 Front Street, Unit 2
Marietta, Ohio 45750
740-525-7760 (Phone)
*dennis@buellsipe.com*

Counsel for William K. Sapp

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of March 2022, a true copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access the filing through the Court's system.

/s/ *Andrew P. Avellano*
Andrew P. Avellano – 0062907
Counsel for William K. Sapp